**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1296**

LINDA BREJWO,

        Plaintiff - Appellee,

    v.

YVONNE KINCAID,

        Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., Senior District Judge.  (2:23-cv-00121)

Submitted:  August 22, 2024                    Decided:  August 26, 2024

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Yvonne Kincaid, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yvonne Kincaid seeks to appeal the district court's order remanding her case back to state court. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order and judgment on March 5, 2024, and the appeal period expired on April 4, 2024. Kincaid filed the notice of appeal on April 5, 2024. Because Kincaid failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2